David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
ANDREANA M. FRANCO

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREANA M. FRANCO,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant(s). | Case No.: **2:17-cv-00107-GMN-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN ANDREANA M. FRANCO AND <u>EQUIFAX INFORMATION SERVICES, LLC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between ANDREANA M. FRANCO ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against EQUIFAX, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to EQUIFAX be vacated

and that the Court set a deadline sixty (60) from present for filing a Dismissal as to EQUIFAX.

Dated:  March 24, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
**ANDREANA M. FRANCO**

**IT IS ORDERED** that the settling parties shall have until **May 23, 2017**, to file a stipulation of dismissal, or a joint status report indicating when the stipulation will be filed.

Dated: April 3, 2017

Peggy A. Leen
United States Magistrate Judge