David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
ANDREANA M. FRANCO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREANA M. FRANCO,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant(s). | Case No.: **2:17-cv-00107-GMN-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN ANDREANA M. FRANCO AND <u>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between ANDREANA M. FRANCO ("Plaintiff") and Defendant JP MORGAN CHASE BANK, NATIONAL ASSOCIATION ("JPMC") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against JPMC, with Prejudice, within 60 days. Plaintiff requests

that all pending dates and filing requirements as to JPMC be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to JPMC.

Dated: June 13, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*ANDREANA M. FRANCO*

**IT IS ORDERED** that the settling parties shall have until **August 14, 2017**, to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: June 14, 2017

Peggy A. Leen
United States Magistrate Judge